UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRITECH SOFTWARE SYSTEMS, a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>   Defendant. | Case No.  CV10-00094 R (VBKx)<br>Hon. Manual L. Real<br>Courtroom 8<br><br>**ORDER ON REVISED STIPULATED PROTECTIVE ORDER** |

The parties having stipulated and good cause appearing therefor,

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 26(c), the Revised Stipulated Protective Order agreed to by and between Plaintiff Tritech Software Systems ("Tritech") and Defendant U.S. Specialty Insurance Company ("USSIC") through their counsel, is entered by the Court.

**IT IS SO ORDERED.**

Dated: _Sept. 1, 2010___          By: _____
                                         Hon. Manuel L. Real
                                         United States District Court Judge

**LAW OFFICES**
DRINKER BIDDLE &
REATH LLP
Los Angeles