JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRITECH SOFTWARE SYSTEMS, a California corporation, | ) ) ) | CASE NO. CV 10-00094-R (VBKx) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation, | ) ) ) | |
| Defendant. | ) ) | |

This action came on for hearing before the Court on October 4, 2010, on Defendant U.S. Specialty Insurance Company's Motion for Summary Judgment.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1    IT IS HEREBY ORDERED AND ADJUDGED that U.S. Specialty Insurance Company's
2  Motion for Summary Judgment is GRANTED in its entirety.
3  Dated: December 13, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE